# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2884

_____

RICHARD ELDER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for writ of habeas corpus—Ineffective Assistance of Appellate Counsel.

March 11, 2019

PER CURIAM.

The petition is denied on the merits.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deana Marshall, Riverview, for Petitioner.

Ashley B. Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.